IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN ROSSITER, | : |
| | : CIVIL ACTION |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| CAPTAIN MICHAEL COSTELLO, | : NO. 11-1183 |
| LIEUTENANT PHILIP RIEHL, and | : |
| THE CITY OF PHILADELPHIA, | : |
| | : |
| Defendant. | : |

## ORDER

**AND NOW**, this *9th* day of *August*, 2012, upon consideration of the Motion for Summary Judgment filed by Defendants Michael Costello, Lieutenant Philip Riehl, and the City of Philadelphia (Docket No. 14), Plaintiff John Rossiter's Response in Opposition (Docket No. 16), and Defendants' Reply Brief (Docket No. 18), it is hereby **ORDERED** that the Motion is **GRANTED** and **JUDGMENT IS ENTERED** in favor of Defendants Michael Costello, Lieutenant Philip Riehl, and the City of Philadelphia.

This case is **CLOSED**.

BY THE COURT:


*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.